# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Gary Scherer**,<br><br>                         *Plaintiff*,<br><br>          v.<br><br>**Angel Management, LLC**, a California Limited Liability Company; **Mobile Shark Inc.**, a California Corporation; and Does 1-10,<br><br>                      *Defendants*. | Case No. CV 19-6044-GW-Ex<br>**JUDGMENT**<br>Honorable George H. Wu<br><br>    United States Courthouse,<br>    350 West 1st Street<br>    Courtroom 9D, 9th Floor<br>    Los Angeles, CA, 90012 |

The Court, having granted Defendants Angel Management, LLC's and Mobile Shark Inc.'s ("**Defendants**")Motion for Summary Judgment [**Doc. 34**] based on its determination that there was no genuine issue as to any material fact and that Defendants Angel Management, LLC and Mobile Shark Inc. were entitled to judgment as a matter of law on Plaintiff Gary Scherer's first cause of action for violation of the Americans with Disabilities Act of 1990 against them, and the Court having previously declined to exercise supplemental jurisdiction over Plaintiff's Unruh At and other state law claims [**Doc. 22**] and dismissed them without prejudice,

**IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED**, that judgment is entered in this action as follows:

1. Plaintiff Gary Scherer shall recover nothing from Defendants Angel Management, LLC's and Mobile Shark Inc.;
2. Defendants Angel Management, LLC's and Mobile Shark Inc. shall have judgment in their favor on Plaintiff Gary Scherer's first cause of action for violation of the Americans with Disabilities Act of 1990.

Dated: April 20, 2020

HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE